WILLIAM H. COURTNEY, PLAINTIFF-RESPONDENT, v. MILDRED HANSON ET AL., DEFENDANTS-RESPONDENTS, AND LESTER HANSON, Sr., ET AL., DEFENDANTS-PETITIONERS.

See same case below: 3 *N. J. Super.* 47.

*Messrs. Chandless, Weller, Kramer & Frank* for the petitioners.

*Mr. Albert B. Kahn* and *Mr. Nathan N. Schildkraut* for the respondents.

September 19, 1949.   Granted.

JOHN S. WESTERVELT'S SONS, PLAINTIFF-PETITIONER, v. JEAN G. L. CASSEL van DOORN, ET AL., DEFENDANTS-RESPONDENTS, AND WILLIAM HENIG, TRUSTEE, DEFENDANT-PETITIONER.

See same case below: 3 *N. J. Super.* 173.

*Messrs. Huckin & Huckin* for the plaintiff-petitioner.

*Mr. L. Stanley Ford* for the defendant-petitioner.

*Messrs. Eichmann & Seiden* and *Mr. Maurice C. Brigadier* for the defendants-respondents.

September 19, 1949.   Granted.